UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

CARMEN BAILEY,
and other similarly situated individuals,

    Plaintiff,

vs.

MARK B. GILBERT, DMD P.A.,
BMB DENTAL MANAGEMENT, LLC,
d/b/a DOWNTOWN DENTAL CARE,
MARK B. GILBERT,
and SHARON GILBERT,

    Defendants.
_____/

## DEFENDANTS MARK B. GILBERT, DMD P.A., BMB DENTAL MANAGEMENT, LLC, D/B/A DOWNTOWN DENTAL CARE, MARK B. GILBERT, AND SHARON GILBERT'S NOTICE OF REMOVAL

TO:   THE UNITED STATES DISTRICT COURT

      FOR THE SOUTHERN DISTRICT OF FLORIDA

Defendants Mark B. Gilbert, DMD P.A., BMB Dental Management, LLC, d/b/a Downtown Dental Care, Mark B. Gilbert, and Sharon Gilbert, (collectively, "Defendants"), by and through their undersigned attorney, Robert D. Soloff, P.A., pursuant to 28 U.S.C. Section 1446, hereby give notice of the removal of the above-referenced action to the United States District Court for the Southern District of Florida, and state as follows:

1. This action is being removed to the United States District Court, Southern District of Florida, pursuant to 28 USC § § 1331 and 1441 (a) & (b).

2. The Complaint in this action was filed in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, and served upon the Defendants on January 12, 2017.

3. This is a civil action in which the District Court of the United States has original jurisdiction, i.e., Federal Question jurisdiction, as this action alleges violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C §201, et seq., a Federal Statute. Accordingly, the instant lawsuit raises a federal question, and there is original jurisdiction in this District Court of the United States as provided in 28 U.S.C. § 1441(b).

4. In her Complaint, Plaintiff alleges that Defendants failed to pay her overtime wages in violation of the FLSA, 29 U.S.C. § 207 by Defendants, Complaint, ¶¶ 12, 13 and 14.

6. Pursuant to 28 U.S.C. § 1441 (a) and (b), the right exists to remove this action from the Circuit Court, in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, whose jurisdiction includes Palm Beach County, Florida, the place where this action is pending.

7. This Notice of Removal is being filed within thirty (30) days after service of the Complaint on Defendants, which occurred on January 12, 2017 as required by 2 U.S.C. § 1446(b).

8. A copy of the Complaint, which has no attached exhibits, filed with the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, is attached as Exhibit "1".

9. Copies of the 4 Civil Action Summons with signed Return of Service of the Complaints, for Defendants Mark B. Gilbert, DMD P.A., BMB Dental Management, LLC, d/b/a Downtown Dental Care, Mark B. Gilbert, and Sharon Gilbert are attached as Exhibit "2".

10. A Notice to State Court of the filing of this Notice of Removal by Defendants is being filed with the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida in accordance with 28 U.S.C. § 1446(d). A copy of Defendants' Notice to State Court of Filing Notice of Removal is attached as Exhibit "3".

11. Based on review of the electronic docket, the only pleadings/documents filed in the State Court civil action in this matter have been the Complaint and four (4) Summons, the copies of which are attached as Exhibits "1" and "2."

DATED this 1st day of February, 2017.

    Respectfully submitted,

    Robert D. Soloff, Esquire
    Attorney for Defendants,
    Downtown Dental Care, et al.
    7805 SW 6th Court
    Plantation, Florida 33324
    Telephone: (954) 472-0002
    Facsimile: (954) 472-0052
    E-Mail: soloffpa@bellsouth.net

    By /s/Robert D. Soloff
        Robert D. Soloff
        Florida Bar No. 464732

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document is being served this 1st day of February, 2017 on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert D. Soloff
Robert D. Soloff

## SERVICE LIST

Carmen Bailey v. Mark B. Gilbert, DMD P.A., BMB Dental Management, LLC, d/b/a Downtown Dental Care, Mark B. Gilbert, and Sharon Gilbert

Case Number: 16-CA-014451-XXXMB

Scott M. Behren
Florida Bar Number: 987786
Scott@behrenlaw.com
Behren Law Firm
2893 Executive Park Drive,
Suite 110
Weston, Florida 33331
Telephone: 954-636-3802
Facsimile: 772-252-3365